**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  06-cv-01691-REB-KLM

ROBERT FLEMING, and
MURIEL FLEMING,

      Plaintiffs,

v.

STARWOOD HOTELS & RESORTS WORLDWIDE, INC., a Maryland corporation,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter comes before the court on the **Joint Stipulated Motion To Dismiss With Prejudice** [#29], filed September 13, 2007.  After careful review of the motion and the file, the court has concluded that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulated Motion To Dismiss With Prejudice** [#29], filed September 13, 2007, is **GRANTED**;

2. That the Trial Preparation Conference set for February 8, 2008, is **VACATED**;

3. That the jury trial set to commence February 25, 2008, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated September 13, 2007, at Denver, Colorado.

                                      **BY THE COURT:**

                                      **s/ Robert E. Blackburn**
                                      **Robert E. Blackburn
United States District Judge**